William C. Rand, Esq.
LAW OFFICE OF WILLIAM COUDERT RAND
501 Fifth Ave., 15th Floor
New York, New York 10017
(Phone) (212) 286-1425; (Fax)(212) 599-7909
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

| | |
|---|---|
| NAPOLEAN TEWOLDE, LORRAINE DORNICK, | : |
| ADAMA SAYE WILSON, EDWIN J. ANDRADE, | : |
| AMINE OUACHER, Individually and on Behalf of All | : ECF |
| Other Persons Similarly Situated, | : 17 Civ. 2687 (RA)(KHP) |
| | : |
| Plaintiffs, | : |
| | : |
| -against- | : |
| | : |
| FLAVOR BOUTIQUE 796 INC., FLAVOR BOUTIQUE | : |
| 522 INC., 392 CPW LLC, MICHAEL FRIEDLANDER, | : |
| and JOHN DOES #1-10, | : |
| | : |
| Defendants. | : |

-----------------------------------------------------------------------X

**DECLARATION OF WILLIAM C. RAND**
**IN SUPPORT OF APPROVAL OF SETTLEMENT**

# EXHIBIT A

# FULLY EXECUTED
# STIPULATION OF SETTLEMENT

Dated: New York, New York
        January 16, 2018

William C. Rand, Esq.
Law Office of William Coudert Rand
501 Fifth Avenue, 15th Floor
New York, New York 10017
Tel: (212) 286-1425
Attorney for Plaintiffs

# Stipulation of Settlement

general

1. mutual releases

2. $3,500 to each of 5 Plaintiffs = $ 17,500

3. Fees + Expenses of $5410

$22,910

4. Additional damage of $10,000 if default after 7 day notice + cure period - Notice is to counsel in writing.

5. Payment Timing
   1/2 within 7 days of court approval
   1/4 6 months after approval
   1/4 10 months after approval

Agreed

Defendant   Michael Friedlander _____ 10/31/17
            Individually and on behalf          Name-signature   Date
            of corporate Defendants

Plaintiffs - Amine Ouacher _____        Napoleon
             Lorraine Dornick _____      Tewolde
             Adama Wilson   Asayewba
             Edwin Andrade _____         Napoleon Tew