Chaim B. Book (CB 4652)
MOSKOWITZ & BOOK, LLP
345 Seventh Avenue, 21st Floor
New York, New York 10001
(212) 221-7999
cbook@mb-llp.com

*Attorneys for Defendants Flavor Boutique 796 Inc.,*
*Flavor Boutique 522 Inc., 392 CPW LLC, and Michael Friedlander*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NAPOLEAN TEWOLDE, LORRAINE DORNICK,         :
ADAMA SAYE WILSON, EDWIN J. ADRADE,         :
AMINE OUACHER, Individually and on Behalf of All  :   **ECF**
Other Persons Similarly Situated,           :   17 Civ. 2687 (RA)(CP)
                                            :
            Plaintiffs,                     :   **NOTICE OF**
                                            :   **APPEARANCE**
    -against-                               :
                                            :
FLAVOR BOUTIQUE 796 INC., FLAVOR BOUTIQUE   :
522 INC., 392 CPW LLC, MICHAEL FRIEDLANDER, :
and JOHN DOES #1-10,                        :
                                            :
            Defendants.                     :
------------------------------------------------------------------------X

PLEASE TAKE NOTICE that Chaim B. Book, Esq. of Moskowitz & Book, LLP hereby appears as counsel for Defendants Flavor Boutique 796 Inc., Flavor Boutique 522 Inc., 392 CPW LLC, and Michael Friedlander in the above captioned matter and demands that all papers in this action be served upon the undersigned at 345 Seventh Avenue, 21st Floor, New York New York 10001.

Dated: New York, New York
       March 9, 2018

                          Respectfully submitted,

                          **MOSKOWITZ & BOOK, LLP**

                          By:/s/Chaim B. Book
                              Chaim B. Book (CB 4652)

                          345 Seventh Avenue, 21st Floor
                          New York, New York 10001
                          (212) 221-7999
                          cbook@mb-llp.com

                          *Attorneys for Defendants Flavor Boutique 796 Inc., Flavor*
                          *Boutique 522 Inc., 392 CPW LLC, and Michael Friedlander*

TO: Clerk of Court
    All Attorneys of Record